

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

March 08, 2016

**Michael C. Worsham**
1916 Cosner Road
Forest Hill, MD 21050

        RE:    Worsham v. Monitronics International, Inc. et al.
                GLR 16-cv-0600

Dear Counsel/Party:

The above-captioned case has been transferred or removed from The District Court for Harford County to this Court and assigned the above case number.

                                          Sincerely,

                                          /s/
                                      Felicia C. Cannon, Clerk

        cc:    All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**