IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **MICHAEL C. WORSHAM,** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: 1:16-CV-0600 GLR |
| **MONITRONICS INTERNATIONAL, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' JOINT STATEMENT IN RESPONSE TO
STANDING ORDER CONCERNING REMOVAL**

Defendant Monitronics International, Inc. ("Monitronics"), by counsel and with the consent of defendant Alliance Security, Inc. ("Alliance"), responds to the Standing Order Concerning Removal (ECF No. 8) as follows:

1. Monitronics was served with a copy of the summons and complaint on February 9, 2016. Upon information and belief, Alliance was served with a copy of the summons and complaint on February 16, 2016.

2. This action is not predicated on diversity jurisdiction.

3. Removal did not take place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint.

4. This action is not predicated on diversity jurisdiction.

5. No defendant who was served in the state court action prior to the time of removal failed to formally join in the notice of removal.

Date: <u>March 15, 2016</u>                                      <u>            /s/                        </u>
Toyja E. Kelley (Bar No. 26949)
Courtney B. Amelung (Bar No. 13422)
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700
(410) 727-5460 (facsimile)
tkelley@tydingslaw.com
camelung@tydingslaw.com

**Attorneys for Defendant
Monitronics International, Inc.**

#2594245v.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| **MICHAEL C. WORSHAM,** | * |
| **Plaintiff** | * |
| v. | *   Case No.: 1:16-CV-0600 GLR |
| **MONITRONICS INTERNATIONAL, INC., et al.** | * |
| | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of March 2016, a copy of the foregoing Defendants' Joint Statement in Response to Standing Order Concerning Removal was electronically filed and served on all counsel of record via the Court's CM/ECF system, and was served, via. U.S. mail, first class, postage prepaid, on:

> Michael C. Worsham
> 1916 Cosner Road
> Forest Hill, Maryland 21050

> **Plaintiff, Pro Se**

Date: <u>March 15, 2016</u>                              /s/
                                       Courtney B. Amelung (Bar No. 13422)
                                       **TYDINGS & ROSENBERG LLP**
                                       100 East Pratt Street, 26th Floor
                                       Baltimore, Maryland 21202
                                       (410) 752-9700
                                       (410) 727-5460 (facsimile)
                                       camelung@tydingslaw.com

                                       **Attorneys for Defendant
                                       Monitronics International, Inc.**

#2594245v.1